■ CASHETTE ELECTRIC, INC., Appellant, v MOUNT MORRIS CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 1.) [778 NYS2d 345]—Appeal from an order of the Supreme Court, Livingston County (Ronald A. Cicoria, A.J.), entered April 28, 2003. The order granted defendant's motion to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see *Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.

■ CASHETTE ELECTRIC, INC., Appellant, v MOUNT MORRIS CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.) [778 NYS2d 345]—Appeal from an order of the Supreme Court, Livingston County (Ronald A. Cicoria, A.J.), entered June 26, 2003. The order granted plaintiff's motion for renewal and reargument and, upon renewal and reargument, adhered to the prior order entered April 28, 2003.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.